# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201600263

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ABDUL D. BALADRAF
Lance Corporal (E-3), United States Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Col James K. Carberry, USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 20 October 2016

———————————————

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court